UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-7249 DSF (Ex) | Date | 12/1/09 |
| Title | Regina Kimbell v. Chris Rock, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order CONTINUING Defendants' Motion for Attorneys' Fees (Docket No. 38)

    The Parties failed to address <u>Cadkin v. Loose</u>, 569 F.3d 1142 (9th Cir. 2009) in their briefing on Defendants' Motion for Attorneys' Fees.  In light of this failure, the Court continues the hearing on that motion to December 21, 2009 at 1:30 p.m.  Defendants must submit additional briefing addressing <u>Cadkin</u>, as well as any other theory they believe establishes that they are entitled to attorney fees' in this action, by December 8, 2009.  Plaintiff has until December 14, 2009 to submit a response to any further briefing submitted by Defendants.

    IT IS SO ORDERED.